## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Brittany Santos,<br><br>                    Plaintiff,<br><br>                    v.<br><br>Wells Fargo Bank, N.A. And Trans Union, LLC,<br><br>                    Defendants. | Case No: 2:24-cv-03021-SIL<br><br>**NOTICE OF SETTLEMENT AS TO TRANS UNION, LLC** |

Now comes the Plaintiff BRITTANY SANTOS by and through counsel, to provide notice to the Court that the present cause has been settled between the Plaintiff and Trans Union, LLC only and state:

1.  A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiff has received the consideration required pursuant to the Agreement, the parties will submit a Notice of Voluntary Dismissal *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2.  The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences as they pertain to Trans Union, LLC only.

3.  We respectfully request the Court provide that the parties may seek to reopen the matter for forty-five (45) days to assure that the Agreement is executed and that the all terms of settlement have been consummated.

DATED: April 24, 2024

**SANDERS LAW GROUP**

By: ___*/s/ Nicola C. Richards*___
Nicola C. Richards, Esq.
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: nrichards@sanderslaw.group
*Attorneys for Plaintiff*