## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Brittany Santos, | Case No: 2:24-cv-03021-SIL |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. § 41(a)(1)(A)(i) AS TO WELLS FARGO BANK N.A.** |
| v. | |
| Wells Fargo Bank, N.A. and Trans Union, LLC, | |
| Defendants. | |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice against Defendant Wells Fargo Bank, N.A. only, with each party to bear its respective attorney's fees and costs.

Wells Fargo Bank, N.A. has not served an answer, motion or otherwise appeared in this action.

Dated: May 3, 2024

**SANDERS LAW GROUP**

By:   */s/ Nicola C. Richards*
Nicola C. Richards, Esq.
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: nrichards@sanderslaw.group
File No.: 129164
*Attorneys for Plaintiff*